IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| HEARTLAND ACADEMY COMMUNITY CHURCH, et al., | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | Case No. 2:01CV60 (ERW) |
| MICHAEL WADDLE, et al., | ) ) ) | |
| Defendants. | ) | |

**PLAINTIFFS' ACKNOWLEDGMENT OF SATISFACTION OF AWARD OF FEES, COSTS AND EXPENSES AND OF COSTS ASSESSED ON APPEAL**

The Plaintiffs, Heartland Academy Community Church and CNS International Ministries, Inc., acknowledge satisfaction of the award of fees, costs and expenses in this Court against defendant Michael Waddle and of the award of $262.20 for costs on appeal by the Court of Appeals.

Dated: December 22, 2005

/s/ Timothy Belz
One of the Attorneys for the Plaintiffs

Timothy Belz, Esq. #5381
Ottsen, Mauzé, Leggat & Belz, L.C.
112 South Hanley, 2nd Floor
St. Louis, MO 63105
314/726-2800
Fax 314/863-3821

Robert T. Haar, Esq. #3297
Lisa A. Pake, Esq. #4022
Haar & Woods, LLP
1010 Market Street, Suite 1620
St. Louis, MO 63101
314/241-2224
Fax 314/241-2227

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on this 22nd day of December, 2005, via electronic notification, to:

James R. McAdams
Office Of Attorney General
P.O. Box 899
Jefferson City, Missouri 65102-0899

/s/ Timothy Belz